# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-21-00413-CV
_____

### EXCELLENCE LOGGING LIMITED, Appellant

### V.

### MARK HERKOMMER, Appellee

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-03-03547-CV**

## MEMORANDUM OPINION

By joint motion, the appellant—Excellence Logging Limited—and the appellee—Mark Herkommer—ask the Court to set aside the trial court's order denying Excellence Logging Limited's Special Appearance. *See* Tex. R. App. P. 41.1 (a)(2)(B). In addition to that request, the parties ask that the Court remand the case to the trial court so the trial court may dismiss the case in accordance with the parties Stipulation of Dismissal with Prejudice, with each party bearing their own attorney's fees, court costs, and expenses.

1

We grant the joint motion without reference to the merits of the appeal. And pursuant to the parties' request, we vacate the trial court's Order denying Excellence Logging Limited's Special Appearance and remand the case to the trial court for further proceedings, with these instructions. On remand, the trial court is to dismiss all the claims filed by Mark Herkommer against Excellence Logging Limited, with prejudice based on the Stipulation of Dismissal with Prejudice, which the parties attached to the joint motion they filed in the Court of Appeals.

VACATED AND REMANDED.

PER CURIAM

Submitted on October 14, 2022
Opinion Delivered October 20, 2022

Before Kreger, Horton and Johnson, JJ.

2